■ GOUSGOUNIS v BRAVOR PLUMBING HEATING COMPANY—Motion for reargument of this court's order (155 AD2d 269) entered on November 9, 1989 granted only to extent of amending the eighth line of the last paragraph of the memorandum

decision accompanying the aforesaid order to add the word "belatedly" before the word "failed." Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Rubin, JJ.